UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-mc-22167-KMW

UNITED STATES OF AMERICA,

    Petitioner,

v.

DAN ROTTA,

    Respondent.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice.

Dated: June 15, 2015

For the United States:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division
U.S. Department of Justice

/s/ Gregory L. Jones
GREGORY L. JONES (#A5501047)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Washington, D.C. 20044
Telephone: (202) 305-3254
Gregory.L.Jones@usdoj.gov

Of Counsel:
WIFREDO A. FERRER
United States Attorney
Southern District of Florida

For respondent Dan Rotta:

/s/ Gary Marc Bagliebter
GARY MARC BAGLIEBTER
Shutts & Bowen
200 E Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
954-524-5505
Email: gmb@shutts.com